

*Stephanie L. Cesare, Esquire*
*Attorney I.D. No.: 308102*
*2 West High Street*
*Carlisle, Pennsylvania 17013*
*(717) 249-0900*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 1:16-CR-103 |
| | : | |
| v. | : | Judge Sylvia H. Rambo |
| | : | |
| MICHAEL CLARKE, | : | |
| Defendant | : | |
| | : | |

## AMENDED SENTENCING MEMORANDUM

AND NOW, comes Stephanie L. Cesare, Esquire, of ABOM & KUTULAKIS, L.L.P., on behalf of the Defendant, Michael Clarke, and respectfully offers the following Amended Sentencing Memorandum:

1. On April 20, 2016, a three-count Indictment was filed charging Defendant with violations of Title 18, United States Code Section 2251(a) and 2252A(a)(5)(B) and 2252(a)(1).

2. On November 15, 2016, Defendant entered a plea of guilty to the above-referenced statutes, production of child pornography, possession of child pornography and transporting child pornography.

2. On or about October 10, 2017, Defendant filed a Pre-Sentencing Memorandum under seal.

3. At the time of the aforementioned Memorandum and Brief, Undersigned Counsel had not yet received a letter from Donnie Lee Clarke and Edward Clarke (Defendant's Mother and Father). *Please see Exhibit 1*.

4. Undersigned Counsel has contacted United States Assistant Attorney Meredith Taylor, who concurs with including the additional letter from the Defendant's family in the Pre-Sentencing Memorandum.

Wherefore, it is respectfully requested that this Honorable Court amend the Pre-Sentencing Memorandum filed previously to include the additional letter from the Defendant's family.

Respectfully submitted,

**ABOM & KUTULAKIS, L.L.P.**

Date:  October 20, 2017

Stephanie L. Cesare  /s/
Stephanie L. Cesare, Esquire
Attorney I.D. No.  308102
2 West High Street
Carlisle, PA  17013
(717) 249-0900
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

AND NOW, this 20th day of October, 2017, I, Stephanie Cesare, Esquire, of ABOM & KUTULAKIS, LLP, hereby certify that I did serve a true and correct copy of the foregoing Amended Sentencing Memorandum was served upon the party named below via electronic means addressed as follows:

**Meredith Taylor, Esquire**
**Assistant United States Attorney**
meredith.taylor@usdoj.gov


                                              Stephanie L. Cesare  /s/
                                              Stephanie L. Cesare, Esquire