August 2, 2017

RE: Michael Clarke
    214204

Dear Judge Rambo:

The man that will stand before you is my son. He looks like my son, has the smile and wonderful personality I have always known. The accused man you will see is not the son we know or that we could have ever imagined. I am being told he is accused of things that every parent warns their children about; as we did. The accusations sicken us. It is as though he were two people with a secret life he was able to keep private; a second personality that haunted his mind and ate at his soul. No one, who knows him, could ever had imagined this.

Just a bit on insight into his life. Michael Clarke is our son; the first of three. He has two brothers.

Growing up, he never got into any trouble, drank or did drugs.

He was in boy scouts and his Dad was assistant scout master. He enjoyed learning new things with the troop and working with his Dad.

He played basketball, swam and rode bikes with his brother and the neighborhood kids. He was also active in church.

We lived in the city and wanted him safe and well educated so he went to private schools until High School. He went to Polytechnic High School in Baltimore where he learned, dated and enjoyed the social life of a teenager. He earned his school letter.

Mike was never in trouble in school or out. He graduated and went to R.E.T.S. where he got his electronics certificate.

Before he married Angelique, (Mike was her third husband) he put his name on her son Alex's birth certificate because the man who fathered him would not have been a good



father. He wanted only the best for him. He was s excited to have a son and never treated him any different than his other two children because he was his father in every way. Alex was only made aware of this fact when he was 18.

Michael has three children. No man could have been more proud of his children. They are his reason for living and he gave them everything they needed, and the things they wanted, if he could afford it. He would do without to make sure the had what they needed. He laughed with them and cried for them. Anyone who knew him would tell you he was a good man and great father who loved his children. Mike's children are everything to him.

When Angie walked out on Mike and the children, they continued living with us, and she moved in with Alex's father (her second husband). Now separated from Mike, she did remain in their life but they continued to live with Mike as she moved to multiple other locations. It seems Angie, while living with Mike over all those years, never saw any problems with him or she would have done something. Right?

Mike worked hard and was able to secure a home where the kids had stability. He girlfriend was great with the kids and when she moved in, they were living a great life together as a family. During the four years in his house, Angie did see the children on occasion and continued to be involved with them.

We were told Angie's plan was to move into section eight housing in the city. Mike worried about the children being in that city environment, so he offered her housing in a space over the garage with rent she could afford. This would allow her to play a more active role with the children and see them more often.

This arrangement worked well, but over time, became a financial burden on Mike as she could not continue to pay her portion of the bills. She was asked to leave. We had been told that the same day she left, the accusations were made against Mike. We were on a camping trip when we heard the news and it just didn't seem real; nothing could have prepared us for this.

After Mike was arrested, Angie told me her plan was to force Mike to sign the house over to Alex so he could continue to live in the house; but the house needed to be sold to pay off bills and attorney fees.

Angie moved into an apartment in Glen Rock, with Mike's help; where she now resides with the children. Even with all that was going on in his life, he put the welfare of the children first.

I just keep remembering the young boy who played with his brothers, enjoyed scouting, camping with the family and who was part of a very large, loving family.

Michael was an asset to any company he worked for. His employer, even knowing his charges, said when things are taken care of he would take him back.

Please, we ask for leniency. He is not a bad person; only a man who needs help. I hope you can help with this.

Respectfully,


Donnie Lee Clarke
Edward Clarke