UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : NO. 1:16-CR-103 |
| | : |
| v. | : (JUDGE RAMBO) |
| | : |
| MICHAEL CHARLES CLARKE, | : |
| Defendant. | : (FILED ELECTRONICALLY) |

<u>MOTION FOR ORDER DIRECTING RESTITUTION PAYMENTS</u>

COMES NOW, the United States of America, by and through its attorneys, David J. Freed, United States Attorney for the Middle District of Pennsylvania, and James T. Clancy, Assistant U.S. Attorney, respectfully moves the court to enter an order regarding the payment of restitution in this case, and, in support thereof, states the following:

1. On October 25, 2017, the defendant was sentenced following his conviction for child exploitation offenses and was ordered to pay restitution of $102,271.94 to the Clerk of Court for disbursement to the victims. *See* Doc. 61.

2. The defendant currently is in the custody of the Pennsylvania Department of Corrections and will not begin serving his federal sentence until his State sentence is completed. Consequently, the provisions of the restitution order entered by this court that direct

payments of restitution from the defendant's inmate account will not have effect until the defendant enters federal custody.

3. The United States has been informed by the PA Department of Corrections, however, that it will make deductions from the defendant's inmate account and forward them to the Clerk of Court if so ordered by this court, as it would do if a similar restitution order was entered by the State court.

4. Therefore, the United States requests this court to enter an order directing the PA Department of Corrections to make monthly deductions of 20% from the defendant's inmate account and pay those amounts monthly to the Clerk of Court for distribution to the victims.

5. Counsel for the defendant has discussed this matter with the defendant. The defendant expressed his concurrence in the filing of this motion and the relief requested.

Therefore, the United States requests that its motion be granted. Pursuant to Local Rule 7.5, no brief is being filed in support of

this motion because it has concurrence of all parties and the reasons for the request are fully stated.

                              Respectfully submitted,

                              DAVID J. FREED
                              UNITED STATES ATTORNEY

                 By:   /s/ *James T. Clancy*
                              JAMES T. CLANCY
                              Assistant U.S. Attorney
                              PA54339
                              228 Walnut St., Ste. 220
                              Harrisburg, PA  17108
                              Phone:  717-221-4482
                              Fax:  717-221-2246
                              james.clancy@usdoj.gov

Dated:  May 21, 2019

## CERTIFICATE OF SERVICE

In accordance with Standing Order 03-1 and Local Rules 4.2 and 5.7, I hereby certify that the foregoing document was served through electronic case filing.

        Respectfully submitted,

        DAVID J. FREED
        UNITED STATES ATTORNEY

By:   /s/ *James T. Clancy*
        JAMES T. CLANCY
        ASSISTANT U.S. ATTORNEY
        PA54339; james.clancy@usdoj.gov
        228 WALNUT ST., STE 220
        HARRISBURG, PA  17108-1754
        717-221-4482 (O); 717-221-2246 (F)